### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Second _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: PAULK, WENDELL          JOINT DEBTOR: _____          CASE NO.: 23-10681-MAM

SS#: xxx-xx- 1538                SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,722.90     for months  1  to  24  ;
2. $4,776.41     for months  25  to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**     ☐ NONE     ☐ PRO BONO

| Total Fees: | $6,625.00 | Total Paid: | $1,840.00 | Balance Due: | $4,785.00 |
|---|---|---|---|---|---|
| Payable | $199.38 | /month (Months  1  to  24  ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4500 + $525 M/Extend Stay $800 MTM  + $800  MTM = $6,625.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: U.S. Bank NA

   Address: Rushmore Loan Management Services
   PO BOX 55004
   Irvine, CA 92619

   Last 4 Digits of Account No.: 6023

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $53,333.15 | |
   | Arrears Payment (Cure) | $518.50 | /month (Months  1  to  24  ) |
   | Arrears Payment (Cure) | $1,135.82 | /month (Months  25  to  60  ) |
   | Regular Payment (Maintain) | $1,702.99 | /month (Months  1  to  24  ) |
   | Regular Payment (Maintain) | $2,898.79 | /month (Months  25  to  60  ) |

Other:   See Non-Standard Provision

☒ Real Property                      Check one below for Real Property:
  ☒ Principal Residence              ☒ Escrow is included in the regular payments
  ☐ Other Real Property              ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
6628 Adriatic Way, Greenacres, FL 33413

☐ Personal Property/Vehicle
Description of Collateral:

2. Creditor: Independence HOA

   Address: c/o Rosenbaum PLLC        Arrearage/ Payoff on Petition Date    $4,914.15
            250 S. Australian Ave     Arrears Payment (Cure)      $58.04   /month (Months  1  to  24 )
            Suite 500                 Arrears Payment (Cure)      $97.82   /month (Months 25  to  60 )
            West Palm Beach, FL       Regular Payment (Maintain)  $91.37   /month (Months  1  to  24 )
            33401                     Regular Payment (Maintain)  $195.87  /month (Months 25  to  60 )

   Last 4 Digits of
   Account No.:

Other:

☒ Real Property                      Check one below for Real Property:
  ☒ Principal Residence              ☐ Escrow is included in the regular payments
  ☐ Other Real Property              ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
6628 Adriatic Way, Greenacres, FL 33413

☐ Personal Property/Vehicle
Description of Collateral:

B. **VALUATION OF COLLATERAL:**   ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☒ NONE

C. **LIEN AVOIDANCE**   ☒ NONE

D. **SURRENDER OF COLLATERAL:**   ☒ NONE

E. **DIRECT PAYMENTS**   ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE
  B. **INTERNAL REVENUE SERVICE:** ☒ NONE
  C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE
  D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

  A. Pay   $13.89   /month (Months  25  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

- **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.
- **C.** <u>SEPARATELY CLASSIFIED</u>:   ■ NONE

**VI.** <u>STUDENT LOAN PROGRAM</u>   ■ NONE

**VII.** <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>   ■ NONE

**VIII.** <u>INCOME TAX RETURNS AND REFUNDS:</u>

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX.** <u>NON-STANDARD PLAN PROVISIONS</u>   ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

US Bank POC 4; NOPC - Regular payments 1-16 = ($2,394.98 X 16) = **$38,319.68**; Payments 16-60 = ($2,429.73 X 44)= **$106,908.12**;   Total payments = **$145,227.80.**

Independence HOA - Regular Payment months 1-19 = ($128.94 X19) = $2,449.86; Regular Payments Months 20-60 ($165.91 X 41) = $6,794.11; Total payments = $9,243.97

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ WENDELL PAULK    Debtor    01/14/2025            Joint Debtor
PAULK, WENDELL                Date                              Date

_____    Date
Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.